UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/26/2022
```

-----------------------------------------------------------------------X
                                                    :
YUK LUNG CHUNG,                                     :
                                                    :
                        Plaintiff,                  :
                                                    :                21-cv-3861 (LJL)
            -v-                                     :
                                                    :                ORDER
335 MADISON AVENUE LLC,                             :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        By Opinion and Order dated October 7, 2021, the Court granted a motion to compel arbitration in this case and stayed the case.  Dkt. No. 35.  Neither party has filed anything on the docket since that date.

        It is hereby ORDERED that the parties shall file a joint letter updating the parties on the status of the arbitration by October 11, 2022 and every ninety days thereafter.

        SO ORDERED.

Dated: September 26, 2022
        New York, New York          _____
                                            LEWIS J. LIMAN
                                        United States District Judge